


926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**GEOFFREY R. KAISER**
SENIOR COUNSEL
(516) 357-3161
geoffrey.kaiser@rivkin.com

August 12, 2020

**BY ECF**
Honorable Arlene R. Lindsay
United States Magistrate Judge
United States District Court
Eastern District of New York
Long Island Courthouse
814 Federal Plaza
Central Islip, New York 11722

                Re:   United States v. Wayne Marino
                         19 Cr. 582 (DRH) (ARL)

Dear Judge Lindsay:

     This firm represents Wayne Marino in the above-referenced matter. By Order dated August 12, 2020, Your Honor scheduled a telephone conference for August 13 at 1:30p.m. to address the defense motion for discovery that was filed on July 2, 2020. As Wayne Marino is not a party to the discovery motion that will be addressed at the hearing, it is respectfully requested that his appearance and that of counsel be excused. Thank you.

                                    Respectfully submitted,

                                    RIVKIN RADLER LLP

                                    Geoffrey R. Kaiser

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777