

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ICR/AFM/KCB

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

August 12, 2020

By ECF

The Honorable Arlene R. Lindsay
United States Magistrate Judge
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

    Re:    United States v. Jack Cabasso et. al.
              Criminal Docket No. 19-582 (DRH)

Dear Judge Lindsay:

        The government consents to appear telephonically at the conference scheduled for tomorrow, August 13, 2020.

        Respectfully submitted,

        SETH D. DuCHARME
        Acting United States Attorney

By:    /s/
       Alexander Mindlin
       Assistant U.S. Attorney
       (718) 254-6433