BEFORE: ARLENE R. LINDSAY  DATE: 8/13/2020
UNITED STATES MAGISTRATE JUDGE  TIME ON: 1:30
TIME OFF: 2:15

Case No. 19 CR 582 (DRH)  Courtroom Deputy: Robert Imrie

**FILED**
**CLERK**

Criminal Cause for Motion Hearing

8/13/2020 4:04 pm

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Defendant: Jack Cabasso
    Present X (By Telephone) Not Present___ In Custody___ Bond X

Attorney: Albert Dayan    Ret'd X    CJA___ Fed Def___

Defendant: Francis Cabasso
    Present X (By Telephone) Not Present___ In Custody___ Bond X

Attorney: Kenneth Kaplan    Ret'd X    CJA___ Fed Def___

Defendant: Christine Lavonne Lazarus
    Present X (By Telephone) Not Present___ In Custody___ Bond X

Attorney: Joel Mark Stein    Ret'd X    CJA___ Fed Def___

Defendant: Eduard Matulik
    Present X (By Telephone) Not Present___ In Custody___ Bond X

Attorney: Todd D. Greenberg    Ret'd X    CJA___ Fed Def___

Defendant: Alan Schwartz
    Present X (By Telephone) Not Present___ In Custody___ Bond X

Attorney: John S. Wallenstein, Richard D. Willstatter    Ret'd X    CJA___ Fed Def___

Defendant: Wayne Marino
    Present X (By Telephone) Not Present___ In Custody___ Bond X

Attorney: Kenneth Murphy    Ret'd X    CJA___ Fed Def___

Defendant: Adventura Technologies, Inc.
    Present X (By Telephone) Not Present___ In Custody___ Bond X

Attorney: James M. Branden    Ret'd X    CJA___ Fed Def___

AUSA: Alexandar Mindlin, Ian Richardson, Kayla Bensing

Interpreter: -

ESR TIME:

NOTES: The defendants' motion to compel production of Rule 16 discovery material directly to a vendor other than Dupe Coop is denied for the reasons outlined on the record. The government has agreed to provide discovery in an IPRO format and has provided several options to the defendants to reduce their copying costs which will substantially address their concerns regarding cost.