**CRIMINAL CAUSE FOR STATUS CONFERENCE - COMPLEX CASE**
**BY TELEPHONE**

BEFORE JUDGE: HURLEY, J.   DATE: 9/21/2020   TIME: 2:30 - 3:00 PM
DOCKET NUMBER:          CR-19-582          TITLE: USA V. CABOSSO, ET AL

DEFT. NAME: JACK CABASSO                    DEF. #: 1
   X PRESENT, _NOT PRESENT, _IN CUSTODY, X ON BAIL
      ATTY FOR DEFT.: ALBERT DAYAN     (RET)
      X PRESENT, _NOT PRESENT

DEFT. NAME: FRANCES CABASSO                 DEF #2
   X-PRESENT, __NOT PRESENT, __ IN CUSTODY, _X ON BAIL
      ATTY FOR DEFT: KENNETH KAPLAN (RET)
      X-PRESENT, __ NOT PRESENT

DEFT. NAME : CHRISTINE LAZARUS          DEF #4
   X -PRESENT, _ NOT PRESENT, _ IN CUSTODY, __X ON BAIL
      ATTY FOR DEFT: JOEL MARK STEIN
      X PRESENT, __ NOT PRESENT

DEFT. NAME: WAYNE MARINO                DEF #5
   X-PRESENT, __NOT PRESENT, __IN CUSTODY, _X_ON BAIL
      ATTY FOR DEFT: JEFFREY KAISER   (RET)
      X- PRESENT, __ NOT PRESENT

DEFT. NAME: EDUARD MATULIK                  DFT. #: 6
   X PRESENT, _NOT PRESENT, __IN CUSTODY, __X_ON BAIL
      ATTY FOR DEFT.:   TODD GREENBERG   (RET)
         X PRESENT, _NOT PRESENT

DEFT. NAME: ALAN SCHWARTZ                   DFT. #: 7
   X PRESENT, _NOT PRESENT, __IN CUSTODY, X ON BAIL
      ATTY FOR DEFT.:   JOHN WALLENSTEIN , RICHARD WILLSATTER (RET)
      X PRESENT, _NOT PRESENT

DEFT. NAME: ADVENTURA TECHNOLOGIES           DFT. #: 8
   X PRESENT, _NOT PRESENT, _IN CUSTODY, __ON BAIL
      ATTY FOR DEFT.:   JAMES BRANDEN   (RET)
      X PRESENT, _NOT PRESENT

A.U.S.A.: ALEXANDER MINDLIN, IAN RICHARDSON & KAYLA BENSING
DEPUTY CLERK: L. LUNDY
COURT REPORTER(S) OR ESR OPERATOR: OWEN WICKER

 X   CASE CALLED FOR STATUS CONFERENCE


 X   SPEEDY TRIAL INFORMATION FOR DEFT(S)   ALL DEFENDANTS

   CODE TYPE: X- T     START DATE: 9/21/2020     STOP DATE: 12/18/2020

**X   STATUS CONFERENCE SET FOR  DECEMBER 18, 2020 AT 2:30 PM**

 **ALL DEFENDANTS CONTINUE ON BOND**

**THE DEFENDANTS AND COUNSEL CONSENT TO HAVE THIS PROCEEDING BY TELECONFERENCE.**