

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**GEOFFREY R. KAISER**
SENIOR COUNSEL
(516) 357-3161
geoffrey.kaiser@rivkin.com

April 21, 2021

**BY ECF**
Honorable Denis R. Hurley
United States District Court Judge
United States District Court
Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, New York 11722

        Re:   United States v. Wayne Marino
                19 Cr. 582 (DRH) (ARL)

Dear Judge Hurley:

      This firm represents Wayne Marino in the above-referenced matter. I respectfully request that Mr. Marino be granted permission to travel on a family trip to Watkins Glen, New York from June 11 to 13, 2021. Mr. Marino was released on bail with conditions, including travel restrictions that do not otherwise permit travel to this location. AUSA Alexander Mindlin and U.S. Pretrial Services Officer Donna Mackey have no objections to this travel request. Accordingly, I respectfully request that permission to travel be granted. Thank you for the Court's attention.

                        Respectfully submitted,

                        RIVKIN RADLER LLP

                        /s/ Geoffrey R. Kaiser

                        Geoffrey R. Kaiser

66 South Pearl Street, 11th Floor    25 Main Street    477 Madison Avenue    2649 South Road
Albany, NY 12207-1533    Court Plaza North, Suite 501    New York, NY 10022-5843    Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199    Hackensack, NJ 07601-7082    T 212.455.9555 F 212.687.9044    T 845.473.8100 F 845.473.8777
     T 201.287.2460 F 201.489.0495

5236667.v1