

**GEOFFREY R. KAISER**
SENIOR COUNSEL
(516) 357-3161
geoffrey.kaiser@rivkin.com

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

April 21, 2021

**VIA ECF**
Honorable Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

          Re:   United States v. Wayne Marino
                 19 Cr. 582 (DRH) (ARL)

Dear Magistrate Judge Lindsay:

      This firm represents Wayne Marino in the above-referenced matter. I respectfully request that Mr. Marino be granted permission to travel on a family trip to Watkins Glen, New York from June 11 to 13, 2021. Mr. Marino was released on bail with conditions, including travel restrictions that do not otherwise permit travel to this location. AUSA Alexander Mindlin and U.S. Pretrial Services Officer Donna Mackey have no objections to this travel request. Accordingly, I respectfully request that permission to travel be granted. Thank you for the Court's attention.

Respectfully submitted,

Dated: 4/22/2021

So Ordered: ~~[signature]~~

RIVKIN RADLER LLP

/s/ Geoffrey R. Kaiser

Geoffrey R. Kaiser

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462 3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201 287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455 9555 F 212.687 9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473 8100 F 845.473.8777

5236667.v1