

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**GEOFFREY R. KAISER**
SENIOR COUNSEL
(516) 357-3161
geoffrey.kaiser@rivkin.com

May 4, 2021

**VIA ECF**
Honorable Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

          Re:   United States v. Wayne Marino
                  19 Cr. 582 (DRH) (ARL)

Dear Magistrate Judge Lindsay:

      This firm represents Wayne Marino in the above-referenced matter. I respectfully request that Mr. Marino be granted permission to travel to Orlando, Florida on a work-related trip to attend a business conference from June 21 to 23, 2021. Mr. Marino was released on bail with conditions, including travel restrictions that do not otherwise permit travel to this location. AUSA Kayla Bensing and U.S. Pretrial Services Officer Donna Mackey have no objections to this travel request. Accordingly, I respectfully request that permission to travel be granted. Thank you for the Court's attention.

                                  Respectfully submitted,

                                  RIVKIN RADLER LLP

                                  /s/ *Geoffrey R. Kaiser*

                                  Geoffrey R. Kaiser

| 66 South Pearl Street, 11th Floor | 25 Main Street | 477 Madison Avenue | 2649 South Road |
| --- | --- | --- | --- |
| Albany, NY 12207-1533 | Court Plaza North, Suite 501 | New York, NY 10022-5843 | Poughkeepsie, NY 12601-6843 |
| T 518.462.3000 F 518.462.4199 | Hackensack, NJ 07601-7082 | T 212.455.9555 F 212.687.9044 | T 845.473.8100 F 845.473.8777 |
| | T 201.287.2460 F 201.489.0495 | | |

5255570.v1