

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**GEOFFREY R. KAISER**
SENIOR COUNSEL
(516) 357-3161
geoffrey.kaiser@rivkin.com

May 4, 2021

**VIA ECF**
Honorable Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

        Re:   <u>United States v. Wayne Marino</u>
               19 Cr. 582 (DRH) (ARL)

Dear Magistrate Judge Lindsay:

      This firm represents Wayne Marino in the above-referenced matter. I respectfully request that Mr. Marino be granted permission to travel to Orlando, Florida on a work-related trip to attend a business conference from June 21 to 23, 2021. Mr. Marino was released on bail with conditions, including travel restrictions that do not otherwise permit travel to this location. AUSA Kayla Bensing and U.S. Pretrial Services Officer Donna Mackey have no objections to this travel request. Accordingly, I respectfully request that permission to travel be granted. Thank you for the Court's attention.

                                               Respectfully submitted,

Dated: 5/20/2021                           RIVKIN RADLER LLP
So Ordered:

                                               /s/ Geoffrey R. Kaiser

*[signature]*

Arlene R. Lindsay, U.S.M.J.             Geoffrey R. Kaiser

66 South Pearl Street, 11th Floor    25 Main Street                  477 Madison Avenue          2649 South Road
Albany, NY 12207-1533              Court Plaza North, Suite 501     New York, NY 10022-5843     Poughkeepsie, NY 12601-6843
T 518.462.3000 F 518.462.4199      Hackensack, NJ 07601-7082        T 212.455.9555 F 212.687.9044   T 845.473.8100 F 845.473.8777
                                   T 201.287.2460 F 201.489.0495

5255570.v1