BEFORE: ARLENE R. LINDSAY  DATE: 3/25/2021
UNITED STATES MAGISTRATE JUDGE  TIME ON: 10:30 am
  TIME OFF: 11:30 am

Case No. 19-cr-582 (DRH)   Courtroom Deputy: R. Imrie

Criminal Cause for Change of Plea Hearing

Defendant: Wayne Marino
  Present X   Not Present___   In Custody___   On Bail/Bond X

Attorney: Geoffrey Kaiser   Ret'd X   CJA___   F.D.___

AUSA: Alexander Mindlin, Kayla Bensing, Ian Richardson

Interpreter: N/A

ESR:

 X  Case Called    X   Counsel for all sides present.
 X  Arraignment Held.
 X  Defendant Pleads Guilty to: Count 1 of the Indictment
 ___ Order Setting Conditions of Release and Bond entered.  ___ Special Conditions Apply.
 ___ Order of Detention entered.
 ___ Temporary Order of Detention entered.
 X  Probation Notified.

Next Court appearance scheduled for Sentence date to be set.

NOTES: Mr. Marino consents to appear by video, waives his right to appear before the District Judge and consents to the Magistrate taking his plea. For the reasons set forth on the record, this Court respectfully reports and recommends that the plea be accepted.