

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**GEOFFREY R. KAISER**
SENIOR COUNSEL
(516) 357-3161
geoffrey.kaiser@rivkin.com

January 20, 2022

**VIA ECF**
Honorable Arlene R. Lindsay, U.S.M.J.
United States District Court
Eastern District of New York
Long Island Federal Courthouse
814 Federal Plaza
Central Islip, New York 11722-4451

        Re:   United States v. Wayne Marino
                19 Cr. 582 (DRH) (ARL)

Dear Magistrate Judge Lindsay:

       This firm represents Wayne Marino in the above-referenced matter. I respectfully request that Mr. Marino be granted permission to travel with his family to the Okemo ski resort in Ludlow, Vermont on February 25-27 and to Ft. Lauderdale, Florida on June 25-29. Mr. Marino was released on bail with conditions, including travel restrictions that do not otherwise permit travel to these locations. AUSA Alexander Mindlin and U.S. Pretrial Services Officer Robert Stehle have no objections to this travel request. Accordingly, I respectfully request that permission to travel be granted. Thank you for the Court's attention.

                          Respectfully submitted,

                          RIVKIN RADLER LLP

                          /s/ Geoffrey R. Kaiser

                          Geoffrey R. Kaiser

cc: AUSA Alexander Mindlin (By ECF)
    Pretrial Services Officer Robert Stehle (By Email)

| 66 South Pearl Street, 11th Floor | 25 Main Street | 477 Madison Avenue | 2649 South Road |
| --- | --- | --- | --- |
| Albany, NY 12207-1533 | Court Plaza North, Suite 501 | New York, NY 10022-5843 | Poughkeepsie, NY 12601-6843 |
| T 518.462.3000 F 518.462.4199 | Hackensack, NJ 07601-7082 | T 212.455.9555 F 212.687.9044 | T 845.473.8100 F 845.473.8777 |
| | T 201.287.2460 F 201.489.0495 | | |

5649194.v1