

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

---

AFM/KCB
F. #2018R01047

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 2, 2025

<u>By ECF</u>

The Honorable Joan M. Azrack
United States District Judge
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

        Re:    United States v. Wayne Marino
                <u>Criminal Docket No. 19-582 (JMA)</u>

Dear Judge Azrack:

        The government respectfully submits this request to adjourn the defendant's sentencing, which is presently scheduled for April 22, 2025 at 2 p.m., until a date convenient for the Court after April 29, 2025. The defendant consents in this request. The parties also respectfully request to file sentencing memoranda in accordance with the Court's individual rules in advance of the newly-scheduled sentencing date.

        Respectfully submitted,

        JOHN J. DURHAM
        United States Attorney

By:             /s/
        Alexander F. Mindlin
        Kayla C. Bensing
        Assistant U.S. Attorneys
        (718) 254-7000

cc:    Clerk of Court (by ECF) (JMA)
       All counsel of record (by ECF)